UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2025
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § CRIMINAL NO: |
| EDUARDO PARRA | § **SEALED** |
| | § 4:25-cr-0071 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A   CRIMINAL INDICTMENT   has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

EDUARDO PARRA

☒ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on February 27, 2025.

_____
UNITED STATES MAGISTRATE JUDGE